**DEE LIVELY, and FLORIDA INDUSTRIAL COMMISSION, Appellants, v. McCLOSKEY AND COMPANY, and AETNA CASUALTY AND SURETY COMPANY, Appellees.**

June 11, 1946                                              Special Division A

The judgment appealed from is affirmed.

**FRANCES ALINE BALDWIN v. WALTER J. BALDWIN, JR.**

26 So. (2nd) 502                                          June Term, 1946
June 11, 1946                                                 Division B

*Cushman & Woodard,* for petitioner.
*Thomas H. Anderson,* for respondent.

PER CURIAM:

The petition for certiorari is granted and the order of the chancellor denying the motion to dismiss the bill of complaint is quashed. Chisholm v. Chisholm, 98 Fla. 1196, 125 So. 694; Pillard v. Pillard, 127 Fla. 682, 173 So. 838.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.